IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
JUL 2 4 2009
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By:_____
Deputy Clerk

DAN WEATHERLY, )
)
Plaintiff, )
)
vs. ) Case No. CIV-09-149-JHP
)
HOWARD RIBACK, )
)
Defendant. )

## CONSENT JUDGMENT

NOW on this 24th day of July, 2009, this cause comes on for trial at the request of the parties. Plaintiff appears by and through his attorney Mark Green; Defendant appears not, having consented to these proceedings. The Court finds that all the allegations contained in Plaintiff's Complaint are true. The Court further finds that by virtue of Defendant's consent, this Court has jurisdiction and venue is proper.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that Plaintiff is granted judgment against Defendant in the sum of $375,000.00 plus ten percent (10%) interest per annum from March 1, 2006.

_____
JUDGE OF THE DISTRICT COURT

Approved as to form and content:

_____
HOWARD RIBACK, Defendant

STATE OF CALIFORNIA )
) SS.
COUNTY OF Contra Costa )

I, Howard Riback, of lawful age, being first duly sworn, on oath state:

That I have read the foregoing Consent Judgment, know the contents of same, and that the matters and things stated therein are true and correct.

*[signature]*
HOWARD RIBACK

Subscribed and sworn to before me this 3rd day of December, 2008.

STEPHEN C. GUNNING
Commission # 1810499
Notary Public - California
Contra Costa County
My Comm. Expires Aug 22, 2012

*[signature]*
Notary Public